**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

KEVIN LINN                                                                                                    PLAINTIFF

v.                                               4:12CV00004-DPM-JTK

CHAD MASON                                                                                           DEFENDANT

## ORDER

Plaintiff shall file a Response to Defendant's Motion to Dismiss (Doc. No. 41) within fifteen days of the date of this Order.  Failure to respond may result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute.  See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 2nd day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE