**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

KEVIN LINN                                                                                    PLAINTIFF

v.                                    4:12CV00004-DPM-JTK

CHAD MASON                                                                              DEFENDANT

## ORDER

     Plaintiff shall file a Response to Defendant's Motion to Dismiss (Doc. No. 41) within fifteen

days of the date of this Order.  Failure to respond may result in the dismissal without prejudice of

Plaintiff's Complaint, for failure to prosecute.  See Local Rule 5.5(c)(2).

     IT IS SO ORDERED this 2nd day of April, 2013.

_____
    JEROME T. KEARNEY
    UNITED STATES MAGISTRATE JUDGE