IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KEVIN LINN**
**ADC # 119571**                                                              **PLAINTIFF**

v.                            No. 4:12-cv-4-DPM-JTK

**CHAD MASON, Deputy, Van Buren**
**County Sheriff's Department**                                              **DEFENDANT**

### ORDER

No one has objected to Magistrate Judge Kearney's Proposed Findings and Recommendation. № 54. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition), and for legal error, the Court adopts the proposal as its own. Mason's motion to dismiss or stay, № 41, is denied without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 May 2013