IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN LINN
ADC # 110571                                                                                          PLAINTIFF

v.                      No. 4:12-cv-4-DPM-JTK

CHAD MASON, Deputy, Van Buren
County Sheriff's Department                                                                 DEFENDANT

ORDER

This case is now first out for trial on 4 November 2013. The Court will hold a pretrial conference on 2 October 2013 at 10:00 a.m. The Final Scheduling Order, №. [39], is amended. Pretrial disclosure sheets, joint report on deposition-designation disputes (if any), trial briefs, and jury instructions are all now due on 30 September 2013, four days sooner than previously ordered.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 September 2013