IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN LINN
ADC #119571                                                              PLAINTIFF

No. 4:12-cv-4-DPM

CHAD MASON                                        DEFENDANT
Deputy, Van Buren County Sheriff's
Department

ORDER

This case is scheduled for a pretrial hearing on Wednesday, 2 October 2013, at 10:00 a.m. in the Richard Sheppard Arnold United States Courthouse, Courtroom B-155, 600 West Capitol Avenue, Little Rock, Arkansas.

The Arkansas Department of Correction (ADC) is directed to ensure the attendance of Plaintiff Kevin Linn (ADC #119571), Cummins Unit, by 9:30 a.m. on 2 October 2013.

The Arkansas Department of Correction is further directed to send with Linn his legal files and papers related to this case.

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

10 September 2013