IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN LINN
ADC #119571                                                                                    PLAINTIFF

v.                                    No. 4:12-cv-4-DPM-JTK

CHAD MASON, Deputy, Van Buren
County Sheriff's Department                                                     DEFENDANT

ORDER

The Court held an initial pretrial conference on 2 October 2013 as planned and scheduled. The Court confirms its rulings from the bench:

- Linn shall mail a pretrial information sheet to the clerk for filing by 4 October 2013. It shall list all witnesses he plans to call at trial and all exhibits he plans to offer into evidence. If he plans to use only part of an exhibit, he shall specify the particular page numbers he plans to offer into evidence.

- Linn shall mail to chambers a complete copy of the exhibits he plans to use at trial by 4 October 2013.

- Linn shall mail to the clerk for filing any objections to Mason's proposed jury instructions or any alternative jury instructions by 4 October 2013.

- Both parties shall supplement the record by filing information about Linn's parole status around the time of the incident by 9 October 2013.

- A final pretrial conference followed by a jury trial is set for 4 November 2013 at 8:30 a.m. in Courtroom 1-A.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 October 2013