# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KEVIN LINN**
**ADC #119571**                                                                                 **PLAINTIFF**

No.  4:12-cv-4-DPM

**CHAD MASON**
**Deputy, Van Buren County Sheriff's**
**Department**                                                                                  **DEFENDANT**

ORDER

This case is scheduled for a final pretrial hearing and jury trial on Monday, 4 November 2013, at 8:30 a.m. in the Richard Sheppard Arnold United States Courthouse, Courtroom 1-A, 600 West Capitol Avenue, Little Rock, Arkansas.

The Arkansas Department of Correction (ADC) is directed to ensure the attendance of Plaintiff Kevin Linn (ADC #119571), Cummins Unit, by 8:15 a.m. on 4 November 2013 and each day thereafter until completion of the trial.

The Arkansas Department of Correction is further directed to send with Linn his legal files and papers related to this case.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 October 2013