IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN LINN
ADC #119571                                                          PLAINTIFF

v.                       No. 4:12-cv-4-DPM-JTK

CHAD MASON, Deputy, Van Buren
County Sheriff's Department                                          DEFENDANT

ORDER

The Court notes the four witnesses that Linn would like to call at trial, one of which is Deputy Mason. № 75 at 2. The Court appreciates counsel for Mason's commitment to ensure the attendance of Randy Murray and Tim Adams on the first day of trial, and thereafter until their testimony has been concluded, without the necessity of a subpoena. The Court orders that they be present by 11:00 a.m. on 4 November 2013.

The last witness, Adam Letcher, is a former sheriff's department employee. Mason's counsel has tried, but not succeeded, in contacting him. The Court directs counsel to file under seal all known contact information for Letcher, including his last-known address and current place of employment. The Court will direct the Clerk to issue a subpoena and direct the U.S.

Marshal to serve it. Contact information must be filed as soon as possible, and no later than 24 October 2013.

So Ordered.

*/s/ DP Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

23 October 2013