# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**KEVIN LINN**
**ADC #119571**                                                    **PLAINTIFF**

**v.**                          **No. 4:12-cv-4-DPM-JTK**

**CHAD MASON, Deputy, Van Buren**
**County Sheriff's Department**                           **DEFENDANT**

## ORDER

The Court directs the Clerk to:

(1).  Issue a subpoena to Adam Letcher, at the address provided in № 83, ordering him to appear for trial in this case at 11:00 a.m. on 4 November 2013 in the Richard Sheppard Arnold United States Courthouse, Courtroom 1-A, 600 West Capitol Ave., Little Rock, Arkansas, 72201; and

(2). Deliver the subpoena to the U.S. Marshal for service as soon as possible.

The Court orders the Marshal to serve the subpoena without payment of fees on Letcher—by personal service—no later than 31 October 2013 and file a return.

So Ordered.

_D.P. Marshall Jr._____
D.P. Marshall Jr.
United States District Judge

_25 October 2013_____