IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN LINN
ADC #119571                                                                                    PLAINTIFF

v.                              No. 4:12-cv-4-DPM-JTK

CHAD MASON, Deputy, Van Buren
County Sheriff's Department                                                          DEFENDANT

ORDER

The Court's working drafts of preliminary instructions (to be given after the jury is seated) and final instructions are attached. Please study them. Be prepared at the 4 November 2013 pretrial hearing to approve, object, suggest changes, and suggest additions as needed. The Court has prepared these drafts based on the parties' submissions and other sources.

So Ordered.

D.P. Marshall Jr.
United States District Judge

25 October 2013