IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN LINN
#119571                                                                          PLAINTIFF

v.                            No. 4:12-cv-4-DPM-JTK

CHAD MASON, Deputy, Van Buren
County Sheriff's Department                                                      DEFENDANT

ORDER

The Clerk is directed to mail № 85 to Plaintiff Kevin Linn at his new address. № 86.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 October 2013