IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN LINN
ADC #119571                                                              PLAINTIFF

v.                          No. 4:12-cv-4-DPM

CHAD MASON, Deputy, Van Buren
County Sheriff's Department                                              DEFENDANT

## JUDGMENT

Linn's excessive force claim against Mason was tried to a twelve-person jury from 4 November to 6 November 2013. The Court denied Mason's two motions for judgment as a matter of law. After deliberations on November 6th, the jury returned a unanimous verdict in favor of Mason. № 92. At Linn's request, the Court polled the jury, and each juror confirmed his or her true verdict.

The Court now enters judgment on the jury's verdict for Mason and against Linn on Linn's Eighth Amendment claim for excessive force during a cell transfer. Linn's claim against Mason is dismissed with prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

6 November 2013